FILED
CLERK, U.S. DISTRICT COURT
JAN 3 0 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>JUAN MANUEL RUIZ, JR.,<br>DEFENDANT(S). | CASE NUMBER<br>CR-12-0861-DMG-24<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a ~~detention~~ hearing is set for <u>February 4</u>, <u>2015</u>, at <u>10:00</u> ☒ a.m. / ☐ p.m. before the Honorable <u>Jean P. Rosenbluth</u>, in Courtroom <u>827-A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 1/30/15

_____
U.S. District Judge/Magistrate Judge